**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KAREN BEGLEY,

    Plaintiff,

v.                                                       CASE NO.  8:17-cv-137-T-26JSS

WAL-MART STORES EAST, LP,

    Defendant.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the well-pleaded allegations of the Plaintiff's second amended complaint, including paragraph 7 (seven), which this Court must accept as true at this early juncture of the proceedings, it is **ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss Negligent Mode of Operation (Dkt. 3) is **denied.**  The issue raised in the motion is more appropriately raised within the context of a motion for summary judgment after the completion of discovery.  Defendant shall file its amended answer and affirmative defenses within ten (10) days of this order addressing the allegations of paragraph 7 (seven).

    **DONE AND ORDERED** at Tampa, Florida, on January 23, 2017.

                                                s/*Richard A. Lazzara*
                                                **RICHARD A. LAZZARA**
                                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record